```
 1   BARRY J. PORTMAN
     Federal Public Defender
 2   RONALD C. TYLER
     Assistant Federal Public Defender
 3   450 Golden Gate Avenue
     19 th Floor, Box 36106
 4   San Francisco, CA 94102
     Telephone: (415) 436-7700
 5

 6   Counsel for Defendant GOFF
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 09-0147 WHA |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER TO CONTINUE SENTENCING HEARING** |
| STEPHEN W. GOFF, | ) | |
| Defendant. | ) | |

**STIPULATION**

Defendant and the government, through their respective counsel, hereby stipulate that the sentencing hearing in the above-captioned matter, presently scheduled for June 9, 2009, be continued to August 4, 2009, at 2:00 p.m. The PSR interview, now complete, was delayed due to trial and out-of-district business travel by defense counsel. Additional time is requested to finalize presentence investigation.

All parties and the probation officer are available on the requested date.

//

//

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE HEARING;
No. CR 09-0147 WHA                           1

1  IT IS SO STIPULATED.

2

3  Dated: June 1, 2009            /s/
                                   RONALD C. TYLER
                                   Assistant Federal Public Defender
4                                  Counsel for Stephen Goff

5

6  Dated: June 1, 2009            /s/
                                   DAVID WARD
7                                  Assistant United States Attorney

8

9                          **[PROPOSED] ORDER**

10     GOOD CAUSE APPEARING, it is hereby ORDERED that the sentencing hearing in the

11 aforementioned matter currently set for June 9, 2009 shall be continued to August 4, 2009, at

12 2:00 p.m.

13     **IT IS SO ORDERED**.

14

15

16 Dated: June 3, 2009            _____
                                   HONORABLE WILLIAM ALSUP
17                                 United States District Court Judge

*IT IS SO ORDERED* — Judge William Alsup

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE HEARING;
No. CR 09-0147 WHA                    2